# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

v.                                                       CV 15-1172 RB/WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
PEERLESS INSURANCE COMPANY, and
BAKER INSURANCE SERVICES, LLC,

      Defendants,

## ORDER FOR EXPEDITED BRIEFING

On January 25, 2016, the Plaintiffs filed a Notice by Telesfor Sedillo, Sedillo Electric *Request for Reset or Deposition*, that was in truth a motion for hearing or, in the alternative, a motion to order deposition. (Doc. 29.) The Defendants will file their responses to this motion, if any, no later than 5:00 p.m. on Wednesday, January 27, 2016.

IT IS SO ORDERED.

                                                                                   */s/ William P. Lynch*
                                                                                 William P. Lynch
                                                                                 United States Magistrate Judge