# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

v.                                                     CV 15-1172 RB/WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
OEERLESS INDEMNITY INSURANCE COMPANY, and
BAKER INSURANCE SERVICES, L.L.C.,

      Defendants.

## ORDER DENYING PLAINTIFFS' MOTION FOR
## RULE 16 SCHEDULING CONFERENCE

Plaintiffs filed a motion for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. (Doc. 36.) Rule 16(b)(2) requires the Court to issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared," unless "the judge finds good cause for delay."

There are three pending dispositive motions (*see* Docs. 9, 24, 25)[1] and an opposed motion to strike the amended complaint (Doc. 20). A ruling in favor of the Defendants on any of the dispositive motions would obviate the need for a scheduling order or discovery. Accordingly, I find good cause to delay issuing a scheduling order until the presiding judge rules on the outstanding dispositive motions. The Plaintiffs' motion for a Rule 16 scheduling conference is therefore denied.

---

[1] There is also a motion filed by Defendant Baker Insurance Services. (Doc. 23.) Baker Insurance Services was dismissed from the case, pursuant to a stipulated order, on February 1, 2016. (Doc. 33.)

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.