IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

       Plaintiffs,

v.                                                                                              CV 15-1172 RB/WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
PEERLESS INSURANCE COMPANY, and
BAKER INSURANCE SERVICES, LLC,

       Defendants,

## ORDER FOR EXPEDITED RESPONSE

On November 18, 2016, the Plaintiffs filed an opposed motion for a one week extension to respond to the pending motion for a protective order. (Doc. 131.) The response is presently due on November 21, 2016. Under the circumstances, I find that it is appropriate to expedite briefing on this matter. Defendants will file their response to the opposed motion for extension of time, if any, no later than **12:00 p.m. on November 21, 2016**.

IT IS SO ORDERED.

                                                                                                                            _____
                                                                                                                            William P. Lynch
                                                                                                                            United States Magistrate Judge