IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

v.                                                                   CV 15-1172 RB/WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
PEERLESS INSURANCE COMPANY, and
BAKER INSURANCE SERVICES, LLC,

      Defendants,

**ORDER FOR EXPEDITED RESPONSE**

In order to issue a ruling on the pending discovery motions, I find that it is appropriate to expedite briefing on the two outstanding motions, Plaintiffs' Third Motion to Compel on Hail Claim (Doc. 218) and Defendants' Motion for Protective Order (Doc. 242). The reply to Plaintiffs' third motion to compel is therefore due no later than **12:00 p.m.** on **April 3, 2017**. The response to Defendants' motion for protective order is also due no later than **12:00 p.m.** on **April 3, 2017**, and the reply, if any, is due by **5:00 p.m.** on **April 4, 2017**.

IT IS SO ORDERED.

                                                                       William P. Lynch
                                                                       United States Magistrate Judge