# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC
andTELESFORSEDILLO,

          Plaintiffs,

vs.                                    No. 1:15-cv-1172-RB-WPL

COLORADO CASUALTY INSURANCECOMPANY,
LIBERTY MUTUAL INSURANCECOMPANY AND
PEERLESS INDEMNITY INSURANCE COMPANY,

          Defendants.

**STIPULATED ORDER GRANTING WITHDRAWAL OF PLAINTIFFS' THIRD MOTION TO COMPEL (Doc. 218) AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING MIKE WESTBY (Doc. 242)**

      THIS MATTER, having come before the Court on the stipulation of the parties to allow the withdrawal of 1.) *Plaintiffs' Third Motion to Compel* (Doc. 218) and related pleadings, filed March 6, 2017; and 2.) *Defendants' Motion for Protective Order Pertaining to Plaintiffs' Notice to Take the Videotaped Deposition Duces Tecum of Mike Westby and for Sanctions and Attorney's Fees* (Doc. 242) filed March 22, 2017 with Plaintiffs' stipulation that there are no discovery disputes as to Mr. Westby's deposition of March 24, 2017.

      The Court accepts the stipulations of the parties waiving the filing requirements in the Court's March 30, 2017 *Order for Expedited Response* (Doc. 248).

      IT IS SO ORDERED.

                                                */s/ William P. Lynch*
                                                **HONORABLE WILLIAM P. LYNCH**
                                               **United States Magistrate Judge**

SUBMITTED BY:

ERIC SEDILLO JEFFRIES, LLC

*/s/ Eric Sedillo Jeffries 4/3/17*
Eric Sedillo Jeffries
1201 Lomas Blvd., N.W., Suite A
Albuquerque, NM 87102
Telephone (505) 842-0400
esjeffries@jeffriesfirm.com
*Attorney for Plaintiffs*

APPROVED BY:

RAY, MCCHRISTIAN & JEANS, P.C.

*Approved by email 4/3/17*
Shannon A. Parden
Jeff Ray
Grieta A. Gilchrist
Ray, McChristian & Jeans, P.C.
6000 Uptown Blvd. NE, Suite 307
Albuquerque, NM 87110
Telephone (505) 855-6000
sparden@rmjfirm.com
jray@rmjfirm.com
ggilchrist@rmjfirm.com
*Attorney for Defendants*